IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:20-cr-128-DAD |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | **)** | **MOTION FOR** |
| | ) | **EARLY TERMINATION OF** |
| | ) | **PROBATION** |
| JOVANDA R. PATTERSON, | ) | |
| | ) | |
| *Defendant*. | ) | |

This matter came on for hearing before the Court on Defendant Jovanda R. Patterson's Motion for Early Termination of Probation (Doc. 5) on February 22, 2022. For the reasons stated by the Court at the hearing, the motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for early termination of probation (Doc. No. 5) is GRANTED;

2. Pursuant to 18 U.S.C. § 3564(c), Defendant Jovanda R. Patterson's term of probation is hereby TERMINATED forthwith; and

3. The Clerk of the Court shall serve a copy of this order on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated: **February 22, 2022**

UNITED STATES DISTRICT JUDGE